**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Deborah Scalen                          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 17-12872 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                                           Respectfully submitted,

                                           /s/ *Rebecca Solarz*
                                           Rebecca Solarz
                                           17 Nov 2020, 15:33:19, EST

                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106-1532
                                           (215) 627-1322