United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                          Case No. 17-12872-elf

Deborah Scalen                                                                                   Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                          Page 1 of 3

Date Rcvd: Jun 03, 2022              Form ID: 138OBJ                       Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah Scalen, 2813 Shelley Road, Philadelphia, PA 19152-1603 |
| 13906652 | + | Acs/clc Private, Acs/Education Services, Po Box 7051, Utica, NY 13504-7051 |
| 14562148 | + | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13925592 | + | COLLEGE LOAN CORPORATION - TRUST 1 on behalf of MH, Keith Coburn, MHEAC d/b/a ASA, 100 Cambridge Street, Suite 1600, Boston, MA 02114-2518 |
| 13934339 | | Discover Student Loans, PO Box 6107, Carol Stream IL 60197-6107 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 03 2022 23:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 03 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13968004 | | Email/PDF: bncnotices@becket-lee.com | Jun 03 2022 23:56:46 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13906653 | + | Email/PDF: bncnotices@becket-lee.com | Jun 03 2022 23:56:25 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 13940438 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 03 2022 23:48:00 | BANK OF AMERICA, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 13994553 | | Email/Text: megan.harper@phila.gov | Jun 03 2022 23:48:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13906654 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 03 2022 23:56:25 | Cap1/dbarn, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 13906655 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 03 2022 23:53:57 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13906658 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 03 2022 23:54:50 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13906659 | | Email/PDF: DellBKNotifications@resurgent.com | Jun 03 2022 23:54:00 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 13906668 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 03 2022 23:56:52 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 13969674 | | Email/Text: bnc-quantum@quantum3group.com | Jun 03 2022 23:48:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA |

| Recip ID | | Notice Method | Date | Recipient |
|---|---|---|---|---|
| | | | | 98083-0657 |
| 13906660 | + | Email/Text: mrdiscen@discover.com | Jun 03 2022 23:48:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 13906661 | + | Email/Text: DSLBKYPRO@discover.com | Jun 03 2022 23:48:00 | Discover Student Loans, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 14059970 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 03 2022 23:48:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 13906663 | + | Email/Text: bncnotifications@pheaa.org | Jun 03 2022 23:48:00 | Fed Loan Servicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 13906657 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 03 2022 23:53:58 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 13968259 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 03 2022 23:48:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13973490 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 03 2022 23:54:02 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13906666 | + | Email/Text: bkdepartment@rtresolutions.com | Jun 03 2022 23:48:00 | Real Time Resolutions, Attn: Bankruptcy, Po Box 36655, Dallas, TX 75235-1655 |
| 13906667 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 03 2022 23:56:25 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13969695 | | Email/Text: bncnotifications@pheaa.org | Jun 03 2022 23:48:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13906656 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13938573 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 13906662 | *+ | Discover Student Loans, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 13906664 | *+ | Fed Loan Sevicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 13906665 | *+ | Fed Loan Sevicing, Po Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 05, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 03, 2022 | Form ID: 138OBJ | Total Noticed: 27 |

BRAD J. SADEK
    on behalf of Debtor Deborah Scalen brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MARIO J. HANYON
    on behalf of Creditor Bank of America NA wbecf@brockandscott.com, mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Deborah Scalen
        Debtor(s)

Case No: 17−12872−elf
Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/3/22

32 − 31
Form 138OBJ